UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARLOS A. BAILEY PARKS,

                Plaintiff,

-against-

NEW YORK STATE EXECUTIVE
DEPARTMENT, DIVISION OF PAROLE;
DAIZEE BOUEY, Commissioner;
ROBERT DENNISON, Chairman; and
JAMES FERGUSON, Commissioner,

                Defendants.
------------------------------------------------------------X

JUDGMENT
07-CV-2097 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 20 2007 ★
BROOKLYN OFFICE

An Order of Honorable John Gleeson, United States District Judge, having been filed on July 19, 2007, dismissing the case; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the case is dismissed; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from this order would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York
       July 19, 2007

                                                    s/Robert C. Heinemann
                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court